UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND


HAKEEM PELUMI

v.                                                    CA 09-551 ML

STATE OF RHODE ISLAND, et al.


MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Objection to a Report and Recommendation issued by Magistrate Judge Almond on March 30, 2010. The Magistrate Judge recommends that this Court deny Plaintiff's Motion for Remand.

This Court has reviewed Plaintiff's Objection and the Report and Recommendation. Finding no merit in Plaintiff's Objection, and further finding that the Magistrate Judge's conclusion that this matter was properly removed to this Court is fully supported by the facts and the law, the Court adopts the Report and Recommendation in its entirety. Plaintiff's Motion for Remand is DENIED.



SO ORDERED:


_____
Mary M. Lisi
Chief United States District Judge
April  20 , 2010