UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

HAKEEM PELUMI

v.                                                          CA 09-551 ML

STATE OF RHODE ISLAND, et al.

ORDER

This matter is before the Court on Plaintiff's Objection to a Report and Recommendation issued by Magistrate Judge Almond on May 17, 2010. The Court has reviewed the Report and Recommendation and Plaintiff's Objection. Finding no merit in Plaintiff's Objection, the Court adopts the Report and Recommendation in its entirety. The State of Rhode Island's Motion to Dismiss is GRANTED.

SO ORDERED:

_____
Mary M. Lisi
United States District Judge
June 8, 2010