UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HAKEEM PELUMI

v.  C.A. 09-551ML

STATE OF RHODE ISLAND,
et al

### ORDER

The Findings and Recommendation of United States Magistrate Judge Lincoln D. Almond dated July 21, 2010 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The Plaintiff's Motion to appeal in forma pauperis is denied.

BY ORDER:

_Mary M. Lisi_
Mary M. Lisi
Chief U.S. District Judge
August 16, 2010