UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

HAKEEM PELUMI

v.　　　　　　　　　　　　　　　　　　　　　　　　CA 09-551 ML

STATE OF RHODE ISLAND, et al.

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Objection to a Report and Recommendation issued by Magistrate Judge Almond on March 30, 2011 (Docket #46) wherein the Magistrate Judge recommends that Defendants' Cute, Esserman, and the Providence Police Department Motion for Summary Judgment be granted. The Court has reviewed the Report and Recommendation and Plaintiff's Objection and finds Plaintiff's Objection without merit. The Court adopts the Report and Recommendation in its entirety. Defendants' Cute, Esserman, and Providence Police Department Motion for Summary Judgment is GRANTED.

Further, in light of the previous orders of this Court dismissing the claims against all other named Defendants, the Clerk is directed to enter final judgment in favor of all Defendants.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
April 26 , 2011