UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

HAKEEM PELUMI

v.  CA 09-551 ML

STATE OF RHODE ISLAND, et al.

ORDER

This matter is before the Court on review of a Report and Recommendation issued by Magistrate Judge Almond on May 9, 2011. No objection was filed and the time for doing so has passed. I have reviewed the Report and Recommendation and adopt it in its entirety.

Plaintiff's Motion to Appeal In Forma Pauperis (Document No. 51) is hereby DENIED.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
June  /  , 2011